IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02680-BNB

STEPHEN A. HAYNES,

    Plaintiff,

v.

THOMAS SCOTT, and
PAMELA TOBIN,

    Defendants.

```
                    F I L E D
           UNITED STATES DISTRICT COURT
               DENVER, COLORADO

                  NOV 22 2010

              GREGORY C. LANGHAM
                              CLERK
```

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be assigned to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Philip A. Brimmer and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Philip A. Brimmer pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED at Denver, Colorado, this 22nd day of November, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02680-BNB

Stephen A. Haynes
1272 Pennsylvania St.
Apt. 15
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/22/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk