```
                                                              F I L E D
                                                       UNITED STATES DISTRICT COURT
                                                            DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

NOV 2 6 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02680-PAB

STEPHEN A. HAYNES,

    Plaintiff,

v.

THOMAS SCOTT and
PAMELA TOBIN,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED November 23, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02680-PAB-KMT

Stephen A. Haynes
1272 Pennsylvania St., #15
Denver, CO 80203

US Marshal Service
Service Clerk
Service forms for: Thomas Scott and Pamela Tobin

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Thomas Scott and Pamela Tobin: COMPLAINT FILED 11/03/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/26/10.

                                    GREGORY C. LANGHAM, CLERK

                                    By:_____
                                                   Deputy Clerk