IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   10-cv-02680-MJW-KMT

STEPHEN A. HAYNES,

Plaintiff,

v.

THOMAS SCOTT, and
PAMELA TOBIN,

Defendants.

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on March 11, 2011, by Judge Philip A. Brimmer and was assigned to Magistrate Judge Michael J. Watanabe on March 11, 2011, by Letter Reassigning Case.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kathleen M. Tafoya, is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.   Currently, a Settlement Conference is set before Judge Tafoya on June 28, 2011, at 1:30 p.m., in Courtroom C-201,  Second Floor of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER ORDERED that the Order of Reference to Magistrate Judge, entered by Judge Philip A. Brimmer on December 1, 2010, is VACATED.

IT IS FURTHER ORDERED that a **Final Pretrial Conference is set before Magistrate Judge Michael J. Watanabe on December 8, 2011, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.**  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe on or before December 2, 2011.   The parties shall have

1

their calendars available at the Final Pretrial Conference.   Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

DONE AND SIGNED THIS 1ST DAY OF APRIL, 2011

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge