IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 10-cv-02680-MJW-KMT

STEPHEN A. HAYNES,

Plaintiff,

v.

THOMAS SCOTT, and
PAMELA TOBIN,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Leave to Modify Scheduling Order and to Set Alternative Deposition Dates (docket no. 25) is GRANTED finding good cause shown. That parties shall forthwith meet and confer and reset Plaintiff's deposition.

It is FURTHER ORDERED that all parties shall use the correct case number in all future filings with the court. The correct case number is 10-cv-02680-**MJW**-KMT and not 10-cv-02680-**PAB**-KMT since this case was drawn to Magistrate Judge Watanabe as the new trial judge on the merits consistent with 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1.

Date:  June 10, 2011