IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02680-MJW-KMT

**STEPHEN A. HAYNES,**

Plaintiff,

v.

**THOMAS SCOTT** and
**PAMELA TOBIN,**

Defendants

---

### ORDER OF DISMISSAL ( Docket No. 28 )

---

THIS MATTER, having come before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice, and the Court, having considered said motion, finds that the motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, **ORDERED** that this Complaint against Defendant, Thomas Scott, is dismissed with prejudice.

SO ORDERED, this 21st day of November, 2011.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO